# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TIMOTHY L. JUNO, | ) |
| Plaintiff, | ) Case No. 11-CV-2153-CM/DJW |
| vs. | ) |
| THE BURLINGTON NORTHERN & SANTA FE RAILWAY COMPANY, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1), the parties filed a Stipulation of Dismissal with Prejudice. The parties represent to the Court that this case has been resolved in its entirety. Therefore, it is hereby:

ORDERED that this case be dismissed, with prejudice, and that each party bear his/its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: May 5th, 2015

s/ Carlos Murguia
Hon. Carlos Murguia
U.S. District Court Judge

1